U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 2008

ROBERT H. S...
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HICKS | CIVIL ACTION NO. 08-0687 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| CORRECTIONS CORP. OF AMERICA, ET AL | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of October, 2008.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**