U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC - - -

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JAMES HOUSTON HICKS | CIVIL ACTION NO. 08-00687 |
|---|---|
| -vs- | JUDGE DRELL |
| CORRECTIONS CORP. OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

### RULING ON PENDING APPEALS

We have reviewed carefully Plaintiff's several appeals (Docs. No. 48, 53, and 78). All three appeals will be DENIED and the magistrate judge's actions AFFIRMED.

First, regarding Plaintiff's appeal from an order denying the production of "pictures," denying a temporary restraining order and denying a transfer from the Winnfield prison (Doc. No. 39), the magistrate judge's reasoning is correct. However, the Court may allow production of pictures at a later time, if appropriate, after all current dispositive motions are resolved. The Court will not allow "fishing expeditions" in that regard and will require a showing from Plaintiff as to what pictures exist to be subpoenaed or produced before allowing same.

Second, regarding the order denying appointment of counsel (Doc. No. 26), the magistrate judge's reasons for ruling are correct and accurate.

Third, regarding Plaintiff's recent application for "writ of mandamus," we treat same as an appeal from the magistrate judge's denial of his third attempt to amend (Doc. No. 30). The magistrate judge's ruling is likewise correct. Thus, all relief set forth in Doc. No. 78 (improperly reflected in the record as referred to the magistrate judge) is DENIED.

The appeals are DISMISSED.

SIGNED on this 2nd day of December, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE