

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| **JAMES HOUSTON HICKS** | **CIVIL DOCKET NO. 1:08-cv-0687** |
| -vs- | **JUDGE DRELL** |
| **CORRECTIONS CORP. OF AMERICA, et al.** | **MAGISTRATE JUDGE KIRK** |

## RULING AND ORDER

The motion for recusal (Doc. No. 97) is referred to District Judge James T. Trimble, Jr. for decision. The undersigned's actions in this case consist only of rulings without bias or prejudice. Mover's only basis for recusal is that these rulings have been adverse to him. Mr. Hicks has already been warned by the Court about his prior reckless allegations (Doc. No. 87).

Referral of his present motion to another judge is not required in this instance, but is done to ensure integrity in the judicial process.

SIGNED on this 10th day of February, 2009 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE